# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

| | |
|---|---|
| In re: THE KELLER COLLECTION, INC. | § Case No. 08-18719 |
| | § |
| | § |
| Debtor(s) | § |

## TRUSTEE'S FINAL REPORT (TFR)

The undersigned trustee hereby makes this Final Report and states as follows:

1. A petition under Chapter 7 of the United States Bankruptcy Code was filed on July 21, 2008. The undersigned trustee was appointed on July 21, 2008.

2. The trustee faithfully and properly fulfilled the duties enumerated in 11 U.S.C. §704.

3. All scheduled and known assets of the estate have been reduced to cash, released to the debtor as exempt property pursuant to 11 U.S.C. § 522, or have been or will be abandoned pursuant to 11 U.S.C. § 554. An individual estate property record and report showing the disposition of all property of the estate is attached as **Exhibit A.**

4. The trustee realized the gross receipts of          $          29,382.99

   Funds were disbursed in the following amounts:

   | | |
   |---|---:|
   | Payments made under an interim distribution | 0.00 |
   | Administrative expenses | 46.93 |
   | Bank service fees | 0.00 |
   | Other payments to creditors | 0.00 |
   | Non-estate funds paid to 3rd Parties | 0.00 |
   | Exemptions paid to the debtor | 0.00 |
   | Other payments to the debtor | 0.00 |
   | Leaving a balance on hand of[1] | $ 29,336.06 |

The remaining funds are available for distribution.

5. Attached as **Exhibit B** is a cash receipts and disbursements record for each estate bank account.

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of the disbursement of the additional interest.

**UST Form 101-7-TFR (05/1/2011)**

      6. The deadline for filing non-governmental claims in this case was 11/28/2008 and the deadline for filing governmental claims was 01/17/2009. All claims of each class which will receive a distribution have been examined and any objections to the allowance of claims have been resolved. If applicable, a claims analysis, explaining why payment on any claim is not being made, is attached as **Exhibit C**.

      7. The Trustee's proposed distribution is attached as **Exhibit D**.

      8. Pursuant to 11 U.S.C. § 326(a), the maximum compensation allowable to the trustee is $3,688.30. To the extent that additional interest is earned before case closing, the maximum compensation may increase.

      The trustee has received $0.00 as interim compensation and now requests the sum of $3,688.30, for a total compensation of $3,688.30.[2] In addition, the trustee received reimbursement for reasonable and necessary expenses in the amount of $0.00 and now requests reimbursement for expenses of $648.46, for total expenses of $648.46.[2]

      Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Date: 06/28/2011          By:/s/KAREN R. GOODMAN
                                 Trustee

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

---

[2] If the estate is administratively insolvent, the dollar amounts reflected in this paragraph may be higher than the amounts listed in the Trustee's Proposed Distribution (Exhibit D)

**UST Form 101-7-TFR (05/1/2011)**

Exhibit A

# Form 1

## Individual Estate Property Record and Report
## Asset Cases

Page: 1

| Case Number: | 08-18719 | Trustee: | (520191) KAREN R. GOODMAN |
| --- | --- | --- | --- |
| Case Name: | THE KELLER COLLECTION, INC. | Filed (f) or Converted (c): | 07/21/08 (f) |
| | | §341(a) Meeting Date: | 08/20/08 |
| Period Ending: | 06/28/11 | Claims Bar Date: | 11/28/08 |

| Ref. # | 1 Asset Description (Scheduled And Unscheduled (u) Property) | 2 Petition/ Unscheduled Values | 3 Estimated Net Value (Value Determined By Trustee, Less Liens, Exemptions, and Other Costs) | 4 Property Abandoned OA=§554(a) DA=§554(c) | 5 Sale/Funds Received by the Estate | 6 Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| --- | --- | --- | --- | --- | --- | --- |
| 1 | checking acct. Fifth Third Bank Bank | 245.51 | 245.51 | DA | 0.00 | FA |
| 2 | file cabinets, wardrose desk (office equipment) | 3,000.00 | 3,000.00 | DA | 0.00 | FA |
| 3 | inventory from store at Mart and storage lockers Selling through Chicago Liquidators per Court Order | 298,976.08 | 298,976.08 | OA | 19,633.70 | FA |
| 4 | Preference action against ISA International Inc. (u) | Unknown | Unknown | | 8,576.00 | FA |
| 5 | State income tax refund (u) | Unknown | Unknown | | 123.44 | FA |
| Int | INTEREST (u) | Unknown | N/A | | 15.35 | Unknown |
| 6 | Assets Totals (Excluding unknown values) | $302,221.59 | $302,221.59 | | $28,348.49 | $0.00 |

**Major Activities Affecting Case Closing:**

File final tax returns; review claims and file TFR.

Initial Projected Date Of Final Report (TFR): December 31, 2009    Current Projected Date Of Final Report (TFR): April 30, 2011

Printed: 06/28/2011 12:30 PM   V.12.57

# Form 2

## Cash Receipts And Disbursements Record

Page: 1

| Case Number: | 08-18719 | | Trustee: | KAREN R. GOODMAN (520191) |
|---|---|---|---|---|
| Case Name: | THE KELLER COLLECTION, INC. | | Bank Name: | JPMORGAN CHASE BANK, N.A. |
| | | | Account: | ***-*****91-65 - Money Market Account |
| Taxpayer ID #: | **-***7677 | | Blanket Bond: | $61,494,000.00 (per case limit) |
| Period Ending: | 06/28/11 | | Separate Bond: | N/A |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Trans. Date | {Ref #} / Check # | Paid To / Received From | Description of Transaction | T-Code | Receipts $ | Disbursements $ | Money Market Account Balance |
| 08/19/08 | | SUSAN FREDMAN DESIGN GROUP LTD. | A/R PAYMENT OF BALANCE OF INVOICE NO. 2362 | 1121-000 | 616.80 | | 616.80 |
| 08/29/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.1500% | 1270-000 | 0.02 | | 616.82 |
| 09/30/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.1500% | 1270-000 | 0.08 | | 616.90 |
| 10/31/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.1200% | 1270-000 | 0.06 | | 616.96 |
| 11/28/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.1000% | 1270-000 | 0.04 | | 617.00 |
| 12/31/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 0.04 | | 617.04 |
| 01/30/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 0.02 | | 617.06 |
| 02/06/09 | 1001 | INTERNATIONAL SURETIES, LTD | BOND PREMIUM PAYMENT ON BANK BALANCE AS OF 02/06/2009 FOR CASE #08-18719, CHAPTER 7 BLANKET BOND ILLINOIS-CHICAGO-NORTHERN DISTRICT | 2300-000 | | 0.50 | 616.56 |
| 02/27/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 0.02 | | 616.58 |
| 03/31/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 0.02 | | 616.60 |
| 04/30/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 0.02 | | 616.62 |
| 05/29/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 0.02 | | 616.64 |
| 06/01/09 | {3} | Chicago Liquidators Services, Inc. | Sale proceeds of inventory per Ct. Order of 9/3/08 | 1129-000 | 11,474.11 | | 12,090.75 |
| 06/30/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 0.44 | | 12,091.19 |
| 07/20/09 | {3} | Chicago Liquidators Services, Inc. | Payment for June sales ($5878.08 less fees per agreement). Sales proceeds of inventory per court order of 09/03/2008 for June 2009 | 1129-000 | 3,167.65 | | 15,258.84 |
| 07/31/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 0.54 | | 15,259.38 |
| 08/31/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 0.64 | | 15,260.02 |
| 09/21/09 | {3} | Chicago Liquidators Services, Inc. | Sales for August, 2009 per Court Order of 9/3/08. Gross=$6367.07 less fees of 2337.54. | 1129-000 | 4,029.53 | | 19,289.55 |
| 09/30/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 0.66 | | 19,290.21 |
| 10/30/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 0.78 | | 19,290.99 |
| 11/30/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 0.81 | | 19,291.80 |
| 12/31/09 | {3} | Chicago Liquidators | 9/09 - 11/09 sales ($1213.84less disposal fee of $475.00) | 1129-000 | 738.84 | | 20,030.64 |
| 12/31/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 0.81 | | 20,031.45 |
| 01/22/10 | | Chicago Liquidators | Sales for December per Court Order of 9/3/08~Gross (402.98) less fee (176.49) = net of 226.49 | 1129-000 | 226.49 | | 20,257.94 |
| 01/29/10 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 0.78 | | 20,258.72 |
| 02/04/10 | 1002 | LIBERT MUTUAL INSURANCE COMPANY | BOND PREMIUM PAYMENT ON LEDGER BALANCE AS OF 02/04/2010 FOR CASE #08-18719, Bond Premium Payment on Bank | 2300-000 | | 20.60 | 20,238.12 |
| | | | Subtotals : | | $20,259.22 | $21.10 | |

{} Asset reference(s)         Printed: 06/28/2011 12:30 PM   V.12.57

# Form 2
## Cash Receipts And Disbursements Record

Page: 2

| Case Number: | 08-18719 | Trustee: | KAREN R. GOODMAN (520191) |
|---|---|---|---|
| Case Name: | THE KELLER COLLECTION, INC. | Bank Name: | JPMORGAN CHASE BANK, N.A. |
| | | Account: | ***-*****91-65 - Money Market Account |
| Taxpayer ID #: | **-***7677 | Blanket Bond: | $61,494,000.00 (per case limit) |
| Period Ending: | 06/28/11 | Separate Bond: | N/A |

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Money Market<br>Account Balance |
|---|---|---|---|---|---|---|---|
| | | | Balance as of 02/04/2010, Blanket bond II Voided on 02/04/10 | | | | |
| 02/04/10 | 1002 | LIBERT MUTUAL INSURANCE COMPANY | BOND PREMIUM PAYMENT ON LEDGER BALANCE AS OF 02/04/2010 FOR CASE #08-18719, Bond Premium Payment on Bank Balance as of 02/04/2010, Blanket bond II Voided: check issued on 02/04/10 | 2300-000 | | -20.60 | 20,258.72 |
| 02/04/10 | 1003 | INTERNATIONAL SURETIES, LTD. | BOND PREMIUM PAYMENT ON LEDGER BALANCE AS OF 02/04/2010 FOR CASE #08-18719, Bond #016026455 | 2300-000 | | 20.60 | 20,238.12 |
| 02/26/10 | | Chicago Liquidators Services, Inc. | Sales for January 2010 per Court order dated 9/3/08<br>Gross=382.41 less commission (191.21) | 1129-000 | 191.21 | | 20,429.33 |
| 02/26/10 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 0.77 | | 20,430.10 |
| 03/31/10 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 0.91 | | 20,431.01 |
| 04/06/10 | {3} | Chicago Liquidators Services, Inc. | Sales for February, 2010 per Court order dated 9/3/08~(Gross $403.15 less commission of $179.58) | 1129-000 | 223.57 | | 20,654.58 |
| 04/20/10 | Int | JPMORGAN CHASE BANK, N.A. | Current Interest Rate is 0.0500% | 1270-000 | 0.53 | | 20,655.11 |
| 04/20/10 | | Wire out to BNYM account 9200******9165 | Wire out to BNYM account 9200******9165 | 9999-000 | -20,655.11 | | 0.00 |
| | | | **ACCOUNT TOTALS** | | **21.10** | **21.10** | **$0.00** |
| | | | Less: Bank Transfers | | -20,655.11 | 0.00 | |
| | | | **Subtotal** | | **20,676.21** | **21.10** | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | **NET Receipts / Disbursements** | | **$20,676.21** | **$21.10** | |

{} Asset reference(s)

Printed: 06/28/2011 12:30 PM    V.12.57

## Form 2
## Cash Receipts And Disbursements Record

| Case Number: | 08-18719 | Trustee: | KAREN R. GOODMAN (520191) |
|---|---|---|---|
| Case Name: | THE KELLER COLLECTION, INC. | Bank Name: | The Bank of New York Mellon |
| | | Account: | 9200-******91-65 - Money Market Account |
| Taxpayer ID #: | **-***7677 | Blanket Bond: | $61,494,000.00  (per case limit) |
| Period Ending: | 06/28/11 | Separate Bond: | N/A |

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Money Market<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 04/20/10 | | Wire in from JPMorgan Chase Bank, N.A. account ********9165 | Wire in from JPMorgan Chase Bank, N.A. account ********9165 | 9999-000 | 20,655.11 | | 20,655.11 |
| 04/30/10 | Int | The Bank of New York Mellon | Interest posting at 0.0700% | 1270-000 | 0.43 | | 20,655.54 |
| 05/28/10 | Int | The Bank of New York Mellon | Interest posting at 0.0700% | 1270-000 | 1.23 | | 20,656.77 |
| 06/30/10 | Int | The Bank of New York Mellon | Interest posting at 0.0700% | 1270-000 | 1.19 | | 20,657.96 |
| 07/30/10 | Int | The Bank of New York Mellon | Interest posting at 0.0700% | 1270-000 | 1.23 | | 20,659.19 |
| 08/31/10 | Int | The Bank of New York Mellon | Interest posting at 0.0700% | 1270-000 | 1.22 | | 20,660.41 |
| 09/30/10 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.16 | | 20,660.57 |
| 10/04/10 | {4} | ISA International Inc. | Settlement of Preference Complaint per Court Order dated | 1241-000 | 8,576.00 | | 29,236.57 |
| 10/29/10 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.23 | | 29,236.80 |
| 11/09/10 | {5} | Daniel W. Hynes | 2008 IDOR refund | 1224-000 | 123.44 | | 29,360.24 |
| 11/30/10 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.23 | | 29,360.47 |
| 12/31/10 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.24 | | 29,360.71 |
| 01/31/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.24 | | 29,360.95 |
| 02/08/11 | 11004 | INTERNATIONAL SURETIES, LTD. | BOND PREMIUM PAYMENT ON LEDGER BALANCE AS OF 02/01/2011 FOR CASE #08-18719, Bond #016026455 | 2300-000 | | 25.83 | 29,335.12 |
| 02/28/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.22 | | 29,335.34 |
| 03/31/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.24 | | 29,335.58 |
| 04/29/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.24 | | 29,335.82 |
| 05/31/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.24 | | 29,336.06 |

|   |   |   |   |
|---|---|---|---|
| ACCOUNT TOTALS | | 29,361.89 | 25.83 | $29,336.06 |
| Less: Bank Transfers | | 20,655.11 | 0.00 | |
| Subtotal | | 8,706.78 | 25.83 | |
| Less: Payments to Debtors | | | 0.00 | |
| NET Receipts / Disbursements | | $8,706.78 | $25.83 | |

| TOTAL - ALL ACCOUNTS | Net Receipts | Net Disbursements | Account Balances |
|---|---|---|---|
| MMA # ***-*****91-65 | 20,676.21 | 21.10 | 0.00 |
| MMA # 9200-******91-65 | 8,706.78 | 25.83 | 29,336.06 |
| | $29,382.99 | $46.93 | $29,336.06 |

{} Asset reference(s)

Printed: 06/28/2011 12:30 PM   V.12.57

## TRUSTEE'S PROPOSED DISTRIBUTION

Exhibit D

Case No.: 08-18719
Case Name: THE KELLER COLLECTION, INC.
Trustee Name: KAREN R. GOODMAN

**Balance on hand:**        $    29,336.06

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|---|
| None | | | | | |

Total to be paid to secured creditors:    $    0.00
Remaining balance:    $    29,336.06

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee, Fees - KAREN R. GOODMAN | 3,688.30 | 0.00 | 3,688.30 |
| Trustee, Expenses - KAREN R. GOODMAN | 648.46 | 0.00 | 648.46 |
| Attorney for Trustee, Fees - SHEFSKY & FROELICH LTD. | 7,000.00 | 0.00 | 7,000.00 |
| Accountant for Trustee, Fees - ALAN D. LASKO | 5,131.20 | 0.00 | 5,131.20 |
| Accountant for Trustee, Expenses - ALAN D. LASKO | 41.50 | 0.00 | 41.50 |
| Other Expenses: East Bank Storage Company | 3,392.40 | 0.00 | 3,392.40 |

Total to be paid for chapter 7 administration expenses:    $    19,901.86
Remaining balance:    $    9,434.20

Applications for prior chapter fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| None | | | |

Total to be paid for prior chapter administrative expenses:    $    0.00
Remaining balance:    $    9,434.20

**UST Form 101-7-TFR (05/1/2011)**

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $11,090.30 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
|  | INTERNAL REVENUE SERVICE | 72.50 | 0.00 | 72.50 |
|  | INTERNAL REVENUE SERVICE | 310.00 | 0.00 | 310.00 |
|  | INTERNAL REVENUE SERVICE | 40.00 | 0.00 | 40.00 |
|  | ILLINOIS DEPT. OF REVENUE | 340.00 | 0.00 | 340.00 |
| 2P | James K. Kitchen | 5,000.00 | 0.00 | 5,000.00 |
| 3 | LFR Interiors | 742.00 | 0.00 | 511.36 |
| 11 | HRE Designs | 1,321.50 | 0.00 | 910.72 |
| 23 | Taradash Smith | 1,027.80 | 0.00 | 708.32 |
| 26 | Debra Jarrett Architecture & Design | 2,236.50 | 0.00 | 1,541.30 |

Total to be paid for priority claims: $ 9,434.20
Remaining balance: $ 0.00

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 123,640.07 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 1 | CIT Technology Financing Services, Inc | 7,607.45 | 0.00 | 0.00 |
| 4 | Glaser Technology, Inc. | 285.00 | 0.00 | 0.00 |
| 5 | ASI Interiors | 1,704.00 | 0.00 | 0.00 |
| 6 | Laura Barnett Designs | 2,293.20 | 0.00 | 0.00 |
| 7 | Roseann Balow Associates | 1,435.50 | 0.00 | 0.00 |
| 8 | Elite Manufacturing, Inc. | 12,858.39 | 0.00 | 0.00 |
| 9 | US Bancorp/Manifest Funding | 7,722.98 | 0.00 | 0.00 |
| 12 | Schmidt, Pritchard & Co., Inc. | 3,827.00 | 0.00 | 0.00 |
| 13 | IN Design | 2,691.00 | 0.00 | 0.00 |
| 14 | Eric Mullendore Architect/Int Dsgn | 381.00 | 0.00 | 0.00 |
| 15 | East Bank Storage Company | 2,044.20 | 0.00 | 0.00 |
| 16 | Leif Petersen Inc. | 4,029.00 | 0.00 | 0.00 |

**UST Form 101-7-TFR (05/1/2011)**

| | | | | |
|---|---|---|---|---|
| 17 | Barbara Stehbens Design Consultant | 11,440.00 | 0.00 | 0.00 |
| 18 | FJORDS USA INC | 2,904.00 | 0.00 | 0.00 |
| 19 | CREATIVE ELEGANCE INC | 2,900.00 | 0.00 | 0.00 |
| 20 | BREMERMANN DESIGNS | 5,820.00 | 0.00 | 0.00 |
| 21 | STYLE UPHOLSTERING INC | 2,546.95 | 0.00 | 0.00 |
| 22 | HOWARD ZALTZMAN INTERIOR DESIGN | 1,696.80 | 0.00 | 0.00 |
| 24 | Merchandise Mart Rent/Services | 9,600.00 | 0.00 | 0.00 |
| 25 | Merchandise Mart L.L.C. | 27,458.50 | 0.00 | 0.00 |
| 27 | RGTS/Robert Schroeder Design | 7,311.90 | 0.00 | 0.00 |
| 28 | Richar Interiors, Inc. | 5,083.20 | 0.00 | 0.00 |

Total to be paid for timely general unsecured claims: $ 0.00
Remaining balance: $ 0.00

Tardily filed claims of general (unsecured) creditors totaling $ 4,462.54 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 29 | Smithfield Associates | 811.20 | 0.00 | 0.00 |
| 30 | Affordable Moving | 3,651.34 | 0.00 | 0.00 |

Total to be paid for tardy general unsecured claims: $ 0.00
Remaining balance: $ 0.00

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

Total to be paid for subordinated claims: $ 0.00
Remaining balance: $ 0.00

UST Form 101-7-TFR (05/1/2011)