| | | |
|---|---|---|
| KAREN R. GOODMAN | The Honorable: | EUGENE R. WEDOFF |
| SHEFSKY & FROELICH, LTD | Chapter 7 | |
| 111East Wacker Drive | Location: | Room 744 |
| SUITE 2800 | Hearing Date: | 09/07/2011 |
| CHICAGO, IL  60601 | Hearing Time: | 10:00am |
| (312) 527-4000 | : | |
| Chapter 7 Trustee | | |

## UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

In re:   THE KELLER COLLECTION, INC.   §   Case No. 08-18719
§
Debtor(s)   §

## NOTICE OF TRUSTEE'S FINAL REPORT AND
## APPLICATIONS FOR COMPENSATION
## AND DEADLINE TO OBJECT (NFR)

Pursuant to Fed. R. Bankr. P. 2002(a)(6) and 2002(f)(8), please take notice that <u>KAREN R. GOODMAN</u>, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:

219 South Dearborn Street, Chicago, Illinois 60604

Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within 20 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee. A hearing on the fee applications and any objection to the Final Report will be held at 10:00am on 09/07/2011 in Courtroom 744, United States Courthouse Courthouse, 219 South Dearborn Street, Chicago, Illinois 60604. If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

Date Mailed: <u>08/08/2011</u>          By:   <u>/s/KAREN R. GOODMAN</u>
                                                Trustee

Karen R. Goodman
Shefsky & Froelich Ltd.
111East Wacker Drive, Suite 2800
Chicago, Illinois 60601-3713
(312) 527-400

UST Form 101-7-NFR (10/1/2010)

KAREN R. GOODMAN  
SHEFSKY & FROELICH, LTD  
111 East Wacker Drive  
SUITE 2800  
CHICAGO, IL 60601  
(312) 527-4000  
Chapter 7 Trustee

The Honorable: EUGENE R. WEDOFF  
Chapter 7  
Location: Room 744  
Hearing Date: 09/7/2011  
Hearing Time: 10:00 a.m.  
Response Date: / /

# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

In re: THE KELLER COLLECTION, INC. § Case No. 08-18719  
§  
§  
Debtor(s) §

## SUMMARY OF TRUSTEE'S FINAL REPORT
## AND APPLICATIONS FOR COMPENSATION

| | |
|---|---|
| *The Final Report shows receipts of* | $ 29,382.99 |
| *and approved disbursements of* | $ 46.93 |
| *leaving a balance on hand of* [1] | $ 29,336.06 |
| **Balance on hand:** | $ 29,336.06 |

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|---|
| None | | | | | |

| | |
|---|---|
| Total to be paid to secured creditors: | $ 0.00 |
| Remaining balance: | $ 29,336.06 |

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee, Fees - KAREN R. GOODMAN | 3,688.30 | 0.00 | 3,688.30 |
| Trustee, Expenses - KAREN R. GOODMAN | 648.46 | 0.00 | 648.46 |
| Attorney for Trustee, Fees - SHEFSKY & FROELICH LTD. | 7,000.00 | 0.00 | 7,000.00 |
| Accountant for Trustee, Fees - ALAN D. LASKO | 5,131.20 | 0.00 | 5,131.20 |

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of the disbursement of the additional interest.

**UST Form 101-7-NFR (10/1/2010)**

| | | | |
|---|---|---|---|
| Accountant for Trustee, Expenses - ALAN D. LASKO | | 0.00 | 41.50 |
| Other Expenses: East Bank Storage Company | 3,392.40 | 0.00 | 3,392.40 |

Total to be paid for chapter 7 administration expenses: $ 19,901.86
Remaining balance: $ 9,434.20

Applications for prior chapter fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| None | | | |

Total to be paid for prior chapter administrative expenses: $ 0.00
Remaining balance: $ 9,434.20

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $11,090.30 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| | INTERNAL REVENUE SERVICE | 72.50 | 0.00 | 72.50 |
| | INTERNAL REVENUE SERVICE | 310.00 | 0.00 | 310.00 |
| | INTERNAL REVENUE SERVICE | 40.00 | 0.00 | 40.00 |
| | ILLINOIS DEPT. OF REVENUE | 340.00 | 0.00 | 340.00 |
| 2P | James K. Kitchen | 5,000.00 | 0.00 | 5,000.00 |
| 3 | LFR Interiors | 742.00 | 0.00 | 511.36 |
| 11 | HRE Designs | 1,321.50 | 0.00 | 910.72 |
| 23 | Taradash Smith | 1,027.80 | 0.00 | 708.32 |
| 26 | Debra Jarrett Architecture & Design | 2,236.50 | 0.00 | 1,541.30 |

Total to be paid for priority claims: $ 9,434.20
Remaining balance: $ 0.00

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

UST Form 101-7-NFR (10/1/2010)

Timely claims of general (unsecured) creditors totaling $123,640.07 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 1 | CIT Technology Financing Services, Inc | 7,607.45 | 0.00 | 0.00 |
| 4 | Glaser Technology, Inc. | 285.00 | 0.00 | 0.00 |
| 5 | ASI Interiors | 1,704.00 | 0.00 | 0.00 |
| 6 | Laura Barnett Designs | 2,293.20 | 0.00 | 0.00 |
| 7 | Roseann Balow Associates | 1,435.50 | 0.00 | 0.00 |
| 8 | Elite Manufacturing, Inc. | 12,858.39 | 0.00 | 0.00 |
| 9 | US Bancorp/Manifest Funding | 7,722.98 | 0.00 | 0.00 |
| 12 | Schmidt, Pritchard & Co., Inc. | 3,827.00 | 0.00 | 0.00 |
| 13 | IN Design | 2,691.00 | 0.00 | 0.00 |
| 14 | Eric Mullendore Architect/Int Dsgn | 381.00 | 0.00 | 0.00 |
| 15 | East Bank Storage Company | 2,044.20 | 0.00 | 0.00 |
| 16 | Leif Petersen Inc. | 4,029.00 | 0.00 | 0.00 |
| 17 | Barbara Stehbens Design Consultant | 11,440.00 | 0.00 | 0.00 |
| 18 | FJORDS USA INC | 2,904.00 | 0.00 | 0.00 |
| 19 | CREATIVE ELEGANCE INC | 2,900.00 | 0.00 | 0.00 |
| 20 | BREMERMANN DESIGNS | 5,820.00 | 0.00 | 0.00 |
| 21 | STYLE UPHOLSTERING INC | 2,546.95 | 0.00 | 0.00 |
| 22 | HOWARD ZALTZMAN INTERIOR DESIGN | 1,696.80 | 0.00 | 0.00 |
| 24 | Merchandise Mart Rent/Services | 9,600.00 | 0.00 | 0.00 |
| 25 | Merchandise Mart L.L.C. | 27,458.50 | 0.00 | 0.00 |
| 27 | RGTS/Robert Schroeder Design | 7,311.90 | 0.00 | 0.00 |
| 28 | Richar Interiors, Inc. | 5,083.20 | 0.00 | 0.00 |

Total to be paid for timely general unsecured claims: $ 0.00
Remaining balance: $ 0.00

UST Form 101-7-NFR (10/1/2010)

Tardily filed claims of general (unsecured) creditors totaling $ 4,462.54 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 29 | Smithfield Associates | 811.20 | 0.00 | 0.00 |
| 30 | Affordable Moving | 3,651.34 | 0.00 | 0.00 |

Total to be paid for tardy general unsecured claims: $ 0.00
Remaining balance: $ 0.00

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

Total to be paid for subordinated claims: $ 0.00
Remaining balance: $ 0.00

Prepared By: /s/KAREN R. GOODMAN
Trustee

KAREN R. GOODMAN
111East Wacker Drive
SUITE 2800
CHICAGO, IL  60601
(312) 527-4000

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-7-NFR (10/1/2010)**

```
                         United States Bankruptcy Court
                          Northern District of Illinois
In re:                                                         Case No. 08-18719-ERW
The Keller Collection, Inc.                                    Chapter 7
       Debtor
                            CERTIFICATE OF NOTICE
District/off: 0752-1         User: corrinal              Page 1 of 2              Date Rcvd: Aug 10, 2011
                             Form ID: pdf006             Total Noticed: 68


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Aug 12, 2011.
db           +The Keller Collection, Inc.,    c/o James K. Kitchen,    506 W. Roscoe, #103,
               Chicago, IL 60657-3535
aty          +Shefsky & Froelich Ltd,    111 E Wacker,   Suite 2800,    Chicago, IL 60601-4277
tr           +Karen R Goodman, ESQ,    Shefsky & Froelich Ltd,   111 East Wacker Drive,    Suite 2800,
               Chicago, IL 60601-4277
12430431     +A. C. Transfer,    7300 N. Ridgeway,   Skokie, IL 60076-4027
12430437     +ASI Interiors,    230 West Huron Street,   Suite 4 West/North,    Chicago, IL 60654-3998
12430434     +Affordable Moving,    5000 W. Bloomingdale Ave.,   Chicago, IL 60639-4545
12430436     +Artist's Concepts,    23 Indian Hill Road,   Winnetka, IL 60093-3940
12876829     +BREMERMANN DESIGNS,    by American InfoSource LP as its agent,    4515 N Santa Fe Ave,
               Oklahoma City, OK 73118-7901
12430439     +Barbara Stehbens Design Consultant,    305 Sunset Street,    Iowa City, IA 52246-3239
12430440     +Bonaldo, Magis & Lafter,    c/o Lief pererson,   15 Woodland Ave.,    San Rafael, CA 94901-5354
12430441     +Bremermann Designs,    3943,   Magazine Street,   New Orleans, LA 70115-2665
12510174     +CIT Technology Financing Services, Inc,    Bankruptcy Processing Solutions, Inc,
               800 E. Sonterra Blvd, Suite 240,    San Antonio, TX 78258-3941
12876565     +CREATIVE ELEGANCE INC,    by American InfoSource LP as its agent,    4515 N Santa Fe Ave,
               Oklahoma City, OK 73118-7901
12430443      Cattelan Italia spa,    via Pilastri, 15,   36010 Carre (VI) Italy
12430442     +Cattelan italia spa,    c/o Jakob Pedersen Inc.,   303 5th Ave,    New York, NY 10016-6601
12430444     +Contrast Design Group,    400 N. Wells St.,   Suite 320,   Chicago, IL 60654-2761
12430445     +Creative Elegance, Inc.,    2105 Edwards,   South El Monte, CA 91733-2037
12430447     +DJS (Dick's Janitor Service),    Merchandise Mart,   PO Box 3853,    Chicago, IL 60654-0853
12430446     +Debra Jarrett Architecture & Design,    3122 Antelope Springs Rd.,    Northbrook, IL 60062-3318
12430448     +East Bank Storage Company,    c/o David A. Weineriger,    222 N. LaSalle St. Suite 700,
               Chicago, IL 60601-1024
12430449     +Elite Manufacturing, Inc.,    12143 Altamar Place,   Santa Fe Springs, CA 90670-2501
12430450     +Eric Mullendore Architect/Int Dsgn,    2943 North Seminary Ave.,    Chicago, IL 60657-4341
12875417     +FJORDS USA INC,    by American InfoSource LP as its agent,    4515 N Santa Fe Ave,
               Oklahoma City, OK 73118-7901
12430451      Federal Express,    PO Box 94515,   Palatine, IL 60094-4515
12430452     +Fjords USA Inc.,    19 School House Road,   Somerset, NJ 08873-1385
12430453     +Glaser Technology, Inc.,    123 West Madison Street,   Suite 1100,    Chicago, IL 60602-4615
12876832     +HOWARD ZALTZMAN INTERIOR DESIGN,    by American InfoSource LP as its agent,    4515 N Santa Fe Ave,
               Oklahoma City, OK 73118-7901
12430454      Hinckley Springs,    PO Box 660579,   Dallas, TX 75266-0579
12430455     +Howard Zaltzman Interior Design,    205 West Wacker Dr.,   Suite 1316,    Chicago, IL 60606-1446
12430457     +I.M. David Furniture Co.,    1556 W. 130th Street,   Gardena, CA 90249-2104
12430458     +IN Design,    11513 Ridgewood Lane,   Willowbrook, IL 60527-8028
12430460      ISA International Inc,    46 Dufflaw Rd.,   Toronto, Ontario CAN    M6A 2W1
12430459     +Interiors II,    122 W. Kinzie St.,   Chicago, IL 60654-4508
12430461     +James K. Kitchen,    Barbara L. Yong, Esq.Golan,   & Christie, LLP,
               70 W. Madison Street, Suite 1500,    Chicago, IL 60602-4265
12430464     +LFR Interiors,    1357 N. State Parkway,   Chicago, IL 60610-2119
12430462      Laura Barnett Designs,    700 N. Green Street,   Suite 406,    Chicago, IL 60642-5473
12430463     +Leif Petersen Inc.,    975 Magnolia Ave,   Larkspur, CA 94939-1013
12430466     +Macy's Inc. Accounts Payable,    2101 East Kemper Road,    Cincinnati, OH 45241-1805
12430467     +Major Designs, Inc.,    34 N. Brentwood Blvd.,   Suite 203,    Clayton, MO 63105-3746
12430468      Matteograssi spa,    via Padro Rovagnati 2,   22066 Mariano Comense Italy
12430469     +Menna & Menna Interior Design, Ltd.,    220 W. Kinzie St.,    Chicago, IL 60654-4912
12430470     +Merchandise Mart L.L.C.,    c/o Merchandise Mart Properties Inc,
               222 Merchandise Mart Plaza, #470,    Chicago, IL 60654-1072
12430471     +Merchandise Mart Rent/Services,    1728 Paysphere Circle,    Chicago, IL 60674-0001
12430473     +Moore Interiors, Inc.,    510 Bering,   Suite 300,   Houston, TX 77057-1400
12430474     +Nouveau Designs, Ltd.,    34030 North 67th Street,   Scottsdale, AZ 85266-7251
12430476     +Peter Latto & Assoc Interior Design,    352 Jeffery Lane,    Winnetka, IL 60093-3142
12430477     +RGTS/Robert Schroeder Design,    1919 N. Summit, #3D,   Milwaukee, WI 53202-1380
12430478     +Richar Interiors, Inc.,    1327 W. Washington Blvd.,   Attn: Anna Kaplan, Suite 106,
               Chicago, IL 60607-1901
12430479      Ricoh Americas,    21146 Network Place,   Chicago, IL 60673-1211
12430481     +Roseann Balow Associates,    6767 East Arroyo Court,   Paradise Valley, AZ 85253-4425
12876831     +STYLE UPHOLSTERING INC,    by American InfoSource LP as its agent,    4515 N Santa Fe Ave,
               Oklahoma City, OK 73118-7901
12430482     +Schat Import,    PO Box 1730,   High Point, NC 27261-1730
12430483     +Schat Import Agencies,    PO Box 1730,   High Point, NC 27261-1730
12430484     +Schmidt, Pritchard & Co., Inc.,    9801 W. Lawrence Avenue,    Schiller Park, IL 60176-1135
12430485     +Smithfield Associates,    1031 W. Bryn Mawr Avenue,   Chicago, IL 60660-4658
12430486      Style Upholstering, Inc.,    33 Twenty-Third Avenue N.E.,    Hickory, NC 28603
12430487     +Sucasa Design Studio,    765 G Woodlake Road,   Kohler, WI 53044-1352
12430488     +Superior,   5809 West Division,    Chicago, IL 60651-1005
12430489     +Susan Lande,    4505 Lindenwood,   Northbrook, IL 60062-1033
12430490     +Susan Lande Designs,    4505 Lindenwood,   Northbrook, IL 60062-1033
12430491     +Suzanne C. Pierce Interior Design,    6225 N. Kenmore Ave.,    Chicago, IL 60660-2162
12430492     +Taradash Smith,    Design Inc,   3359A N. Ridge Avenue,    Arlington Heights, IL 60004-7812
```

```
District/off: 0752-1           User: corrinal              Page 2 of 2             Date Rcvd: Aug 10, 2011
                               Form ID: pdf006             Total Noticed: 68

12430493     +Thayer Coggin, Inc.,    230 South Road,    High Point, NC 27262-8153
12430494      Tonon USA,    Via Diaz, 22,    33044 Manzano, Udine, Italy
12430495      Trica Inc.,    800 rue Pasteur,    Saint-Jerome (Quebec) CAN J7Z 7K9
12430496     +US Bancorp/Manifest Funding,    1450 Channel Parkway,    Marshall, MN 56258-4005
12430497     +Vermont Precission,    249 Professional Dr.,    Morrisville, VT 05661-8523
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
aty          +E-mail/Text: blyong@golanchristie.com Aug 11 2011 00:48:55     Barbara L Yong,
               Golan & Christie LLP,    70 W Madison   Suite 1500,    Chicago, IL 60602-4265
                                                                                             TOTAL: 1

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
12430475      Nuevo,   900 Caledonia Road, Unit 9,    Toronto, Ontaria CAN  M6B 3Y1
aty*         +Karen R Goodman, ESQ,    Shefsky & Froelich Ltd,    111 East Wacker Drive,    Suite 2800,
               Chicago, IL 60601-4277
12430432*    +A.C. Transfer,    7300 N. Ridgeway,    Skokie, IL 60076-4027
12430435*    +Affordable Moving Co.,    5000 W. Bloomingdale Ave.,    Chicago, IL 60639-4545
12430480*    +Ricoh Americas,    21146 Network Place,    Chicago, IL 60673-1211
12430433     ##A.H. Self, Inc.,    307 N. Hickory Avenue,    Arlington Heights, IL 60004-6210
12430438     ##+Barbara Fullerton Interiors,    450 Sunnyslope Drive, #115,    Hartland, WI 53029-1421
12430456     ##+HRE Designs,    1100 N. Lake Shore Drive,    #14B,   Chicago, IL 60611-1082
12430465     ##+Living Quarters Design,    925 Green Bay Road, #12,    Winnetka, IL 60093-1763
12430472     ##+Michael Hickman Interiors,    PO Box 3634,    Chicago, IL 60654-0634
                                                                                 TOTALS: 1, * 4, ## 5

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Aug 12, 2011**                    **Signature:** _Joseph Speetjens_