| | | |
|---|---|---|
| KAREN R. GOODMAN | The Honorable: | EUGENE R. WEDOFF |
| SHEFSKY & FROELICH, LTD | Chapter   7 | |
| 111East Wacker Drive | Location: | |
| SUITE 2800 | Hearing Date: | / / |
| CHICAGO, IL  60601 | Hearing Time: | |
| (312) 527-4000 | Response Date: | / / |
| Chapter 7 Trustee | | |

# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

In re: THE KELLER COLLECTION, INC.    §    Case No. 08-18719
§
§
Debtor(s)    §

## CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

KAREN R. GOODMAN, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1)  All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | |
|---|---|
| Assets Abandoned: $302,221.59 *(without deducting any secured claims)* | Assets Exempt: $0.00 |
| Total Distribution to Claimants: $12,827.48 | Claims Discharged Without Payment: $263,800.56 |
| Total Expenses of Administration: $16,556.39 | |

3)  Total gross receipts of $    29,383.87    (see **Exhibit 1**), minus funds paid to the debtor and third parties of $       0.00    (see **Exhibit 2**), yielded net receipts of $29,383.87 from the liquidation of the property of the estate, which was distributed as follows:

**UST Form 101-7-TDR (10/1/2010)**

| | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $0.00 | $0.00 | $0.00 | $0.00 |
| PRIORITY CLAIMS: | | | | |
| CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | 0.00 | 19,948.79 | 19,948.79 | 16,556.39 |
| PRIOR CHAPTER ADMIN. FFES AND CHARGES (from**Exhibit 5**) | 0.00 | 0.00 | 0.00 | 0.00 |
| PRIORITY UNSECURED CLAIMS (from**Exhibit 6**) | 4,300.00 | 11,992.80 | 12,755.30 | 9,435.08 |
| GENERAL UNSECURED CLAIMS (from**Exhibit 7**) | 635,093.39 | 544,784.71 | 128,102.61 | 3,392.40 |
| **TOTAL DISBURSEMENTS** | $639,393.39 | $576,726.30 | $160,806.70 | $29,383.87 |

  4) This case was originally filed under Chapter 7 on July 21, 2008. The case was pending for 41 months.

  5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

  6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

  Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 01/13/2012    By: /s/KAREN R. GOODMAN
            Trustee

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-7-TDR (10/1/2010)**

## EXHIBITS TO
## FINAL ACCOUNT

### EXHIBIT 1 − GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
| A/R PAYMENT OF BALANCE OF INVOICE NO. 2362 | 1121-000 | 616.80 |
| Sales for December per Court Order of 9/3/08~Gro | 1129-000 | 226.49 |
| Sales for January 2010 per Court order dated 9/3 | 1129-000 | 191.21 |
| inventory from store at Mart and storage lockers | 1129-000 | 19,633.70 |
| Preference action against ISA International Inc. | 1241-000 | 8,576.00 |
| State income tax refund | 1224-000 | 123.44 |
| Interest Income | 1270-000 | 16.23 |
| **TOTAL GROSS RECEIPTS** | | **$29,383.87** |

[1] The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

### EXHIBIT 2 − FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| | None | | |
| **TOTAL FUNDS PAID TO DEBTOR AND THIRD PARTIES** | | | **$0.00** |

### EXHIBIT 3 − SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | | | None | | | |
| **TOTAL SECURED CLAIMS** | | | $0.00 | $0.00 | $0.00 | $0.00 |

**UST Form 101-7-TDR (10/1/2010)**

## EXHIBIT 4 −CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| KAREN R. GOODMAN | 2100-000 | N/A | 3,688.30 | 3,688.30 | 3,688.30 |
| KAREN R. GOODMAN | 2200-000 | N/A | 648.46 | 648.46 | 648.46 |
| East Bank Storage Company | 2990-000 | N/A | 3,392.40 | 3,392.40 | 0.00 |
| SHEFSKY & FROELICH LTD. | 3110-000 | N/A | 7,000.00 | 7,000.00 | 7,000.00 |
| ALAN D. LASKO | 3410-000 | N/A | 1,465.50 | 1,465.50 | 1,465.50 |
| ALAN D. LASKO | 3410-000 | N/A | 3,665.70 | 3,665.70 | 3,665.70 |
| ALAN D. LASKO | 3420-000 | N/A | 32.70 | 32.70 | 32.70 |
| ALAN D. LASKO | 3420-000 | N/A | 8.80 | 8.80 | 8.80 |
| INTERNATIONAL SURETIES, LTD | 2300-000 | N/A | 0.50 | 0.50 | 0.50 |
| INTERNATIONAL SURETIES, LTD. | 2300-000 | N/A | 20.60 | 20.60 | 20.60 |
| INTERNATIONAL SURETIES, LTD. | 2300-000 | N/A | 25.83 | 25.83 | 25.83 |
| The Bank of New York Mellon | 2600-000 | N/A | 56.26 | 56.26 | 56.26 |
| The Bank of New York Mellon | 2600-000 | N/A | -56.26 | -56.26 | -56.26 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | N/A | 19,948.79 | 19,948.79 | 16,556.39 |

## EXHIBIT 5 −PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| None | | | | | |
| **TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES** | | N/A | 0.00 | 0.00 | 0.00 |

## EXHIBIT 6 −PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | ILLINOIS DEPT. OF REVENUE | 5300-000 | N/A | N/A | 250.00 | 250.00 |
| | INTERNAL REVENUE SERVICE | 5300-000 | N/A | N/A | 1,000.00 | 0.00 |
| | INTERNAL REVENUE SERVICE | 5300-000 | N/A | N/A | 72.50 | 0.00 |
| | INTERNAL REVENUE SERVICE | 5300-000 | N/A | N/A | 210.00 | 0.00 |

**UST Form 101-7-TDR (10/1/2010)**

|     | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
|     | ILLINOIS DEPT. OF REVENUE | 5800-000 | N/A | N/A | 340.00 | 340.00 |
|     | INTERNAL REVENUE SERVICE | 5800-000 | N/A | N/A | 40.00 | 40.00 |
|     | INTERNAL REVENUE SERVICE | 5800-000 | N/A | N/A | 72.50 | 0.00 |
|     | INTERNAL REVENUE SERVICE | 5800-000 | N/A | N/A | 310.00 | 0.00 |
| 2P  | James K. Kitchen | 5300-000 | N/A | 5,000.00 | 3,467.50 | 3,467.50 |
| 3   | LFR Interiors | 5600-000 | 742.00 | 742.00 | 742.00 | 511.48 |
| 11  | HRE Designs | 5600-000 | 1,321.50 | 1,321.50 | 1,321.50 | 910.94 |
| 23  | Taradash Smith | 5600-000 | N/A | 1,027.80 | 1,027.80 | 708.49 |
| 26  | Debra Jarrett Architecture & Design | 5600-000 | 2,236.50 | 2,236.50 | 2,236.50 | 1,541.67 |
|     | United States Treasury | 5300-000 | N/A | 1,665.00 | 1,665.00 | 1,665.00 |
| **TOTAL PRIORITY UNSECURED CLAIMS** | | | 4,300.00 | 11,992.80 | 12,755.30 | 9,435.08 |

## EXHIBIT 7 —GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1  | CIT Technology Financing Services, Inc | 7100-000 | N/A | 7,607.45 | 7,607.45 | 0.00 |
| 2U | James K. Kitchen | 7100-000 | 427,632.10 | 416,682.10 | 0.00 | 0.00 |
| 4  | Glaser Technology, Inc. | 7100-000 | 285.00 | 285.00 | 285.00 | 0.00 |
| 5  | ASI Interiors | 7100-000 | N/A | 1,704.00 | 1,704.00 | 0.00 |
| 6  | Laura Barnett Designs | 7100-000 | 2,293.20 | 2,293.20 | 2,293.20 | 0.00 |
| 7  | Roseann Balow Associates | 7100-000 | 1,435.50 | 1,435.50 | 1,435.50 | 0.00 |
| 8  | Elite Manufacturing, Inc. | 7100-000 | 12,858.39 | 12,858.39 | 12,858.39 | 0.00 |
| 9  | US Bancorp/Manifest Funding | 7100-000 | 7,507.38 | 7,722.98 | 7,722.98 | 0.00 |
| 12 | Schmidt, Pritchard & Co., Inc. | 7100-000 | N/A | 3,827.00 | 3,827.00 | 0.00 |
| 13 | IN Design | 7100-000 | 2,691.00 | 2,691.00 | 2,691.00 | 0.00 |
| 14 | Eric Mullendore Architect/Int Dsgn | 7100-000 | 381.00 | 381.00 | 381.00 | 0.00 |
| 15 | East Bank Storage Company | 7100-000 | N/A | 2,044.20 | 2,044.20 | 3,392.40 |
| 16 | Leif Petersen Inc. | 7100-000 | 4,029.00 | 4,029.00 | 4,029.00 | 0.00 |
| 17 | Barbara Stehbens Design Consultant | 7100-000 | 11,440.00 | 11,440.00 | 11,440.00 | 0.00 |
| 18 | FJORDS USA INC | 7100-000 | N/A | 2,904.00 | 2,904.00 | 0.00 |
| 19 | CREATIVE ELEGANCE INC | 7100-000 | 2,900.00 | 2,900.00 | 2,900.00 | 0.00 |
| 20 | BREMERMANN DESIGNS | 7100-000 | 5,820.00 | 5,820.00 | 5,820.00 | 0.00 |
| 21 | STYLE UPHOLSTERING INC | 7100-000 | 2,546.95 | 2,546.95 | 2,546.95 | 0.00 |

**UST Form 101-7-TDR (10/1/2010)**

| | | | | | | |
|---|---|---|---|---|---|---|
| 22 | HOWARD ZALTZMAN INTERIOR DESIGN | 7100-000 | 1,696.80 | 1,696.80 | 1,696.80 | 0.00 |
| 24 | Merchandise Mart Rent/Services | 7100-000 | N/A | 9,600.00 | 9,600.00 | 0.00 |
| 25 | Merchandise Mart L.L.C. | 7100-000 | N/A | 27,458.50 | 27,458.50 | 0.00 |
| 27 | RGTS/Robert Schroeder Design | 7100-000 | 7,311.90 | 7,311.90 | 7,311.90 | 0.00 |
| 28 | Richar Interiors, Inc. | 7100-000 | 5,083.20 | 5,083.20 | 5,083.20 | 0.00 |
| 29 | Smithfield Associates | 7200-000 | 811.20 | 811.20 | 811.20 | 0.00 |
| 30 | Affordable Moving | 7200-000 | 3,566.34 | 3,651.34 | 3,651.34 | 0.00 |
| NOTFILED | Fjords USA Inc. | 7100-000 | 2,610.00 | N/A | N/A | 0.00 |
| NOTFILED | I.M. David Furniture Co. | 7100-000 | 708.00 | N/A | N/A | 0.00 |
| NOTFILED | Federal Express | 7100-000 | 79.69 | N/A | N/A | 0.00 |
| NOTFILED | Menna & Menna Interior Design, Ltd. | 7100-000 | 1,290.30 | N/A | N/A | 0.00 |
| NOTFILED | Interiors II | 7100-000 | 1,304.40 | N/A | N/A | 0.00 |
| NOTFILED | Major Designs, Inc. | 7100-000 | 1,585.50 | N/A | N/A | 0.00 |
| NOTFILED | Macy's Inc. Accounts Payable | 7100-000 | 1,679.60 | N/A | N/A | 0.00 |
| NOTFILED | Fjords USA Inc. | 7100-000 | unknown | N/A | N/A | 0.00 |
| NOTFILED | ISA International Inc | 7100-000 | 40,311.58 | N/A | N/A | 0.00 |
| NOTFILED | Matteograssi spa | 7100-000 | unknown | N/A | N/A | 0.00 |
| NOTFILED | Hinckley Springs | 7100-000 | 11.40 | N/A | N/A | 0.00 |
| NOTFILED | Living Quarters Design | 7100-000 | 883.80 | N/A | N/A | 0.00 |
| NOTFILED | Michael Hickman Interiors | 7100-000 | 4,140.80 | N/A | N/A | 0.00 |
| NOTFILED | Suzanne C. Pierce Interior Design | 7100-000 | 829.80 | N/A | N/A | 0.00 |
| NOTFILED | Susan Lande | 7100-000 | 1,120.80 | N/A | N/A | 0.00 |
| NOTFILED | Susan Lande Designs | 7100-000 | 1,120.80 | N/A | N/A | 0.00 |
| NOTFILED | Taradash Smith | 7100-000 | 1,557.80 | N/A | N/A | 0.00 |
| NOTFILED | Thayer Coggin, Inc. | 7100-000 | 3,632.00 | N/A | N/A | 0.00 |
| NOTFILED | Vermont Precission | 7100-000 | unknown | N/A | N/A | 0.00 |
| NOTFILED | Tonon USA | 7100-000 | unknown | N/A | N/A | 0.00 |
| NOTFILED | Trica Inc. | 7100-000 | 9,296.50 | N/A | N/A | 0.00 |
| NOTFILED | Superior | 7100-000 | 875.00 | N/A | N/A | 0.00 |
| NOTFILED | Schmidt, Pritchard & Co., Inc. | 7100-000 | 2,513.00 | N/A | N/A | 0.00 |
| NOTFILED | Sucasa Design Studio | 7100-000 | 709.20 | N/A | N/A | 0.00 |
| NOTFILED | Nouveau Designs, Ltd. | 7100-000 | 210.00 | N/A | N/A | 0.00 |
| NOTFILED | East Bank Storage | 7100-000 | 2,670.00 | N/A | N/A | 0.00 |
| NOTFILED | Moore Interiors, Inc. | 7100-000 | 1,008.00 | N/A | N/A | 0.00 |
| NOTFILED | Nuevo | 7100-000 | 8,505.32 | N/A | N/A | 0.00 |

**UST Form 101-7-TDR (10/1/2010)**

| | | | | | | |
|---|---|---|---|---|---|---|
| NOTFILED | Peter Latto & Assoc Interior Design | 7100-000 | 1,573.20 | N/A | N/A | 0.00 |
| NOTFILED | Schat Import Agencies | 7100-000 | 105.00 | N/A | N/A | 0.00 |
| NOTFILED | Ricoh Americas | 7100-000 | 576.34 | N/A | N/A | 0.00 |
| NOTFILED | Schat Import | 7100-000 | unknown | N/A | N/A | 0.00 |
| NOTFILED | Merchandise Mart Rent/Services | 7100-000 | 36,909.13 | N/A | N/A | 0.00 |
| NOTFILED | Artist's Concepts | 7100-000 | 162.00 | N/A | N/A | 0.00 |
| NOTFILED | DJS (Dick's Janitor Service) Merchandise Mart | 7100-000 | 292.50 | N/A | N/A | 0.00 |
| NOTFILED | Contrast Design Group | 7100-000 | 180.00 | N/A | N/A | 0.00 |
| NOTFILED | ASI Interiors | 7100-000 | 1,420.00 | N/A | N/A | 0.00 |
| NOTFILED | Barbara Fullerton Interiors | 7100-000 | 2,300.52 | N/A | N/A | 0.00 |
| NOTFILED | Bonaldo, Magis & Lafter c/o Lief pererson | 7100-000 | unknown | N/A | N/A | 0.00 |
| NOTFILED | Cattelan Italia spa | 7100-000 | unknown | N/A | N/A | 0.00 |
| NOTFILED | Cattelan italia spa c/o Jakob Pedersen Inc. | 7100-000 | unknown | N/A | N/A | 0.00 |
| NOTFILED | A.H. Self, Inc. | 7100-000 | 250.00 | N/A | N/A | 0.00 |
| NOTFILED | A.C. Transfer | 7100-000 | 2,382.45 | N/A | N/A | 0.00 |
| **TOTAL GENERAL UNSECURED CLAIMS** | | | 635,093.39 | 544,784.71 | 128,102.61 | 3,392.40 |

**UST Form 101-7-TDR (10/1/2010)**

Exhibit 8

Page: 1

# Form 1

## Individual Estate Property Record and Report
## Asset Cases

**Case Number:** 08-18719  
**Case Name:** THE KELLER COLLECTION, INC.

**Period Ending:** 01/13/12

**Trustee:** (520191)   KAREN R. GOODMAN  
**Filed (f) or Converted (c):** 07/21/08 (f)  
**§341(a) Meeting Date:** 08/20/08  
**Claims Bar Date:** 11/28/08

| 1 | | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|---|
| | **Asset Description** (Scheduled And Unscheduled (u) Property) | **Petition/ Unscheduled Values** | **Estimated Net Value** (Value Determined By Trustee, Less Liens, Exemptions, and Other Costs) | **Property Abandoned** OA=§554(a) DA=§554(c) | **Sale/Funds Received by the Estate** | **Asset Fully Administered (FA)/ Gross Value of Remaining Assets** |
| Ref. # | | | | | | |
| 1 | checking acct. Fifth Third Bank Bank | 245.51 | 245.51 | DA | 0.00 | FA |
| 2 | file cabinets, wardrose desk (office equipment) | 3,000.00 | 3,000.00 | DA | 0.00 | FA |
| 3 | inventory from store at Mart and storage lockers   Selling through Chicago Liquidators per Court Order | 298,976.08 | 298,976.08 | OA | 19,633.70 | FA |
| 4 | Preference action against ISA International Inc. (u) | Unknown | Unknown | | 8,576.00 | FA |
| 5 | State income tax refund (u) | Unknown | Unknown | | 123.44 | FA |
| Int | INTEREST (u) | Unknown | N/A | | 16.23 | FA |
| 6 | Assets    Totals (Excluding unknown values) | **$302,221.59** | **$302,221.59** | | **$28,349.37** | **$0.00** |

**Major Activities Affecting Case Closing:**

File final tax returns; review claims and file TFR.

**Initial Projected Date Of Final Report (TFR):**   December 31, 2009       **Current Projected Date Of Final Report (TFR):**   August 8, 2011 (Actual)

# Form 2

Page: 1

## Cash Receipts And Disbursements Record

**Case Number:** 08-18719  
**Case Name:** THE KELLER COLLECTION, INC.  
**Taxpayer ID #:** **-***7677  
**Period Ending:** 01/13/12

**Trustee:** KAREN R. GOODMAN (520191)  
**Bank Name:** JPMORGAN CHASE BANK, N.A.  
**Account:** ***-*****91-65 - Money Market Account  
**Blanket Bond:** $61,494,000.00   (per case limit)  
**Separate Bond:** N/A

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Money Market<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 08/19/08 | | SUSAN FREDMAN DESIGN GROUP LTD. | A/R PAYMENT OF BALANCE OF INVOICE NO. 2362 | 1121-000 | 616.80 | | 616.80 |
| 08/29/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.1500% | 1270-000 | 0.02 | | 616.82 |
| 09/30/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.1500% | 1270-000 | 0.08 | | 616.90 |
| 10/31/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.1200% | 1270-000 | 0.06 | | 616.96 |
| 11/28/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.1000% | 1270-000 | 0.04 | | 617.00 |
| 12/31/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 0.04 | | 617.04 |
| 01/30/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 0.02 | | 617.06 |
| 02/06/09 | 1001 | INTERNATIONAL SURETIES, LTD | BOND PREMIUM PAYMENT ON BANK BALANCE AS OF 02/06/2009 FOR CASE #08-18719, CHAPTER 7 BLANKET BOND ILLINOIS-CHICAGO-NORTHERN DISTRICT | 2300-000 | | 0.50 | 616.56 |
| 02/27/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 0.02 | | 616.58 |
| 03/31/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 0.02 | | 616.60 |
| 04/30/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 0.02 | | 616.62 |
| 05/29/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 0.02 | | 616.64 |
| 06/01/09 | {3} | Chicago Liquidators Services, Inc. | Sale proceeds of inventory per Ct. Order of 9/3/08 | 1129-000 | 11,474.11 | | 12,090.75 |
| 06/30/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 0.44 | | 12,091.19 |
| 07/20/09 | {3} | Chicago Liquidators Services, Inc. | Payment for June sales ($5878.08 less fees per agreement). Sales proceeds of inventory per court order of 09/03/2008 for June 2009 | 1129-000 | 3,167.65 | | 15,258.84 |
| 07/31/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 0.54 | | 15,259.38 |
| 08/31/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 0.64 | | 15,260.02 |
| 09/21/09 | {3} | Chicago Liquidators Services, Inc. | Sales for August, 2009 per Court Order of 9/3/08. Gross=$6367.07 less fees of 2337.54. | 1129-000 | 4,029.53 | | 19,289.55 |
| 09/30/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 0.66 | | 19,290.21 |
| 10/30/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 0.78 | | 19,290.99 |
| 11/30/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 0.81 | | 19,291.80 |
| 12/31/09 | {3} | Chicago Liquidators | 9/09 - 11/09 sales ($1213.84less disposal fee of $475.00) | 1129-000 | 738.84 | | 20,030.64 |
| 12/31/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 0.81 | | 20,031.45 |
| 01/22/10 | | Chicago Liquidators | Sales for December per Court Order of 9/3/08~Gross (402.98) less fee (176.49) = net of 226.49 | 1129-000 | 226.49 | | 20,257.94 |
| 01/29/10 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 0.78 | | 20,258.72 |
| 02/04/10 | 1002 | LIBERT MUTUAL INSURANCE COMPANY | BOND PREMIUM PAYMENT ON LEDGER BALANCE AS OF 02/04/2010 FOR CASE | 2300-000 | | 20.60 | 20,238.12 |

Subtotals :   $20,259.22   $21.10

{} Asset reference(s)   Printed: 01/13/2012 02:01 PM   V.12.57

# Form 2

Page: 2

## Cash Receipts And Disbursements Record

**Case Number:** 08-18719  
**Case Name:** THE KELLER COLLECTION, INC.  
**Taxpayer ID #:** **-***7677  
**Period Ending:** 01/13/12

**Trustee:** KAREN R. GOODMAN (520191)  
**Bank Name:** JPMORGAN CHASE BANK, N.A.  
**Account:** ***-*****91-65 - Money Market Account  
**Blanket Bond:** $61,494,000.00 (per case limit)  
**Separate Bond:** N/A

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Money Market<br>Account Balance |
|---|---|---|---|---|---|---|---|
| | | | #08-18719, Bond Premium Payment on Bank Balance as of 02/04/2010, Blanket bond ll Voided on 02/04/10 | | | | |
| 02/04/10 | 1002 | LIBERT MUTUAL INSURANCE COMPANY | BOND PREMIUM PAYMENT ON LEDGER BALANCE AS OF 02/04/2010 FOR CASE #08-18719, Bond Premium Payment on Bank Balance as of 02/04/2010, Blanket bond ll Voided: check issued on 02/04/10 | 2300-000 | | -20.60 | 20,258.72 |
| 02/04/10 | 1003 | INTERNATIONAL SURETIES, LTD. | BOND PREMIUM PAYMENT ON LEDGER BALANCE AS OF 02/04/2010 FOR CASE #08-18719, Bond #016026455 | 2300-000 | | 20.60 | 20,238.12 |
| 02/26/10 | | Chicago Liquidators Services, Inc. | Sales for January 2010 per Court order dated 9/3/08<br>Gross=382.41 less commission (191.21) | 1129-000 | 191.21 | | 20,429.33 |
| 02/26/10 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 0.77 | | 20,430.10 |
| 03/31/10 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 0.91 | | 20,431.01 |
| 04/06/10 | {3} | Chicago Liquidators Services, Inc. | Sales for February, 2010 per Court order dated 9/3/08~(Gross $403.15 less commission of $179.58) | 1129-000 | 223.57 | | 20,654.58 |
| 04/20/10 | Int | JPMORGAN CHASE BANK, N.A. | Current Interest Rate is 0.0500% | 1270-000 | 0.53 | | 20,655.11 |
| 04/20/10 | | Wire out to BNYM account 9200******9165 | Wire out to BNYM account 9200******9165 | 9999-000 | -20,655.11 | | 0.00 |
| | | | **ACCOUNT TOTALS** | | 21.10 | 21.10 | $0.00 |
| | | | Less: Bank Transfers | | -20,655.11 | 0.00 | |
| | | | **Subtotal** | | 20,676.21 | 21.10 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | **NET Receipts / Disbursements** | | **$20,676.21** | **$21.10** | |

{} Asset reference(s)    Printed: 01/13/2012 02:01 PM    V.12.57

# Form 2

## Cash Receipts And Disbursements Record

Page: 3

**Case Number:** 08-18719  
**Case Name:** THE KELLER COLLECTION, INC.  

**Trustee:** KAREN R. GOODMAN (520191)  
**Bank Name:** The Bank of New York Mellon  
**Account:** 9200-******91-65 - Money Market Account  

**Taxpayer ID #:** **-***7677  
**Period Ending:** 01/13/12  

**Blanket Bond:** $61,494,000.00  (per case limit)  
**Separate Bond:** N/A  

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Money Market<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 04/20/10 | | Wire in from JPMorgan Chase Bank, N.A. account ********9165 | Wire in from JPMorgan Chase Bank, N.A. account ********9165 | 9999-000 | 20,655.11 | | 20,655.11 |
| 04/30/10 | Int | The Bank of New York Mellon | Interest posting at 0.0700% | 1270-000 | 0.43 | | 20,655.54 |
| 05/28/10 | Int | The Bank of New York Mellon | Interest posting at 0.0700% | 1270-000 | 1.23 | | 20,656.77 |
| 06/30/10 | Int | The Bank of New York Mellon | Interest posting at 0.0700% | 1270-000 | 1.19 | | 20,657.96 |
| 07/30/10 | Int | The Bank of New York Mellon | Interest posting at 0.0700% | 1270-000 | 1.23 | | 20,659.19 |
| 08/31/10 | Int | The Bank of New York Mellon | Interest posting at 0.0700% | 1270-000 | 1.22 | | 20,660.41 |
| 09/30/10 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.16 | | 20,660.57 |
| 10/04/10 | {4} | ISA International Inc. | Settlement of Preference Complaint per Court Order dated | 1241-000 | 8,576.00 | | 29,236.57 |
| 10/29/10 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.23 | | 29,236.80 |
| 11/09/10 | {5} | Daniel W. Hynes | 2008 IDOR refund | 1224-000 | 123.44 | | 29,360.24 |
| 11/30/10 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.23 | | 29,360.47 |
| 12/31/10 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.24 | | 29,360.71 |
| 01/31/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.24 | | 29,360.95 |
| 02/08/11 | 11004 | INTERNATIONAL SURETIES, LTD. | BOND PREMIUM PAYMENT ON LEDGER BALANCE AS OF 02/01/2011 FOR CASE #08-18719, Bond #016026455 | 2300-000 | | 25.83 | 29,335.12 |
| 02/28/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.22 | | 29,335.34 |
| 03/31/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.24 | | 29,335.58 |
| 04/29/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.24 | | 29,335.82 |
| 05/31/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.24 | | 29,336.06 |
| 06/30/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.24 | | 29,336.30 |
| 07/29/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.24 | | 29,336.54 |
| 08/01/11 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 56.26 | 29,280.28 |
| 08/09/11 | | The Bank of New York Mellon | Bank and Technology Services Fee Adjustment | 2600-000 | | -56.26 | 29,336.54 |
| 08/31/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.24 | | 29,336.78 |
| 09/22/11 | Int | The Bank of New York Mellon | Current Interest Rate is 0.0100% | 1270-000 | 0.16 | | 29,336.94 |
| 09/22/11 | | To Account #9200******9166 | FUNDS TRANSFER | 9999-000 | | 29,336.94 | 0.00 |
| | | | **ACCOUNT TOTALS** | | 29,362.77 | 29,362.77 | $0.00 |
| | | | Less: Bank Transfers | | 20,655.11 | 29,336.94 | |
| | | | **Subtotal** | | 8,707.66 | 25.83 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | **NET Receipts / Disbursements** | | **$8,707.66** | **$25.83** | |

{} Asset reference(s)

Printed: 01/13/2012 02:01 PM    V.12.57

Exhibit 9

## Form 2

Page: 4

### Cash Receipts And Disbursements Record

**Case Number:** 08-18719  
**Case Name:** THE KELLER COLLECTION, INC.  
**Taxpayer ID #:** **-***7677  
**Period Ending:** 01/13/12  

**Trustee:** KAREN R. GOODMAN (520191)  
**Bank Name:** The Bank of New York Mellon  
**Account:** 9200-******91-66 - Checking Account  
**Blanket Bond:** $61,494,000.00  (per case limit)  
**Separate Bond:** N/A  

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Trans. Date | {Ref #} / Check # | Paid To / Received From | Description of Transaction | T-Code | Receipts $ | Disbursements $ | Checking Account Balance |
| 09/22/11 | | From Account #9200******9165 | FUNDS TRANSFER | 9999-000 | 29,336.94 | | 29,336.94 |
| 09/22/11 | 101 | ALAN D. LASKO | TRUSTEE'S ACCOUNTANTS' EXPENSES PER COURT ORDER DATED 09/07/2011 | 3420-000 | | 8.80 | 29,328.14 |
| 09/22/11 | 102 | ALAN D. LASKO | TRUSTEE'S ACCOUNTANTS' EXPENSES PER COURT ORDER DATED 09/07/2011 | 3420-000 | | 32.70 | 29,295.44 |
| 09/22/11 | 103 | ALAN D. LASKO | TRUSTEE'S ACCOUNTANTS' FEES PER COURT ORDER DATED 09/07/2011 | 3410-000 | | 1,465.50 | 27,829.94 |
| 09/22/11 | 104 | ALAN D. LASKO | TRUSTEE'S ACCOUNTANTS' FEES PER COURT ORDER DATED 09/07/2011 | 3410-000 | | 3,665.70 | 24,164.24 |
| 09/22/11 | 105 | East Bank Storage Company | FIRST AND FINAL DIVIDEND FOR CLAIM NO. 15 PER COURT ORDER DATED 09/07/2011 | 7100-000 | | 3,392.40 | 20,771.84 |
| 09/22/11 | 106 | KAREN R. GOODMAN | TRUSTEE EXPENSES PER COURT ORDER DATED 09/07/2011 | 2200-000 | | 648.46 | 20,123.38 |
| 09/22/11 | 107 | KAREN R. GOODMAN | TRUSTEE COMPENSATION PER COURT ORDER DATED 09/07/2011 | 2100-000 | | 3,688.30 | 16,435.08 |
| 09/22/11 | 108 | SHEFSKY & FROELICH LTD. | TRUSTEE'S ATTORNEYS' FEES PER COURT ORDER DATED 09/21/2011 | 3110-000 | | 7,000.00 | 9,435.08 |
| 09/22/11 | 109 | ILLINOIS DEPT. OF REVENUE | FIRST AND FINAL DIVIDEND FOR PRIORITY CLAIM PER COURT ORDER DATED 09/07/2011 | 5300-000 | | 250.00 | 9,185.08 |
| 09/22/11 | 110 | INTERNAL REVENUE SERVICE | FIRST AND FINAL DIVIDEND FOR PRIORITY CLIAM PER COURT ORDER DATED 09/07/2011 Voided on 10/03/11 | 5300-000 | | 72.50 | 9,112.58 |
| 09/22/11 | 111 | INTERNAL REVENUE SERVICE | FIRST AND FINAL DIVIDEND FOR PRIORITY CLAIM PER COURT ORDER DATED 09/07/2011 Voided on 10/03/11 | 5300-000 | | 210.00 | 8,902.58 |
| 09/22/11 | 112 | INTERNAL REVENUE SERVICE | FIRST AND FINAL DIVIDEND FOR PRIORITY CLAIM PER COURT ORDER DATED 09/07/2011 Voided on 10/03/11 | 5300-000 | | 1,000.00 | 7,902.58 |
| 09/22/11 | 113 | James K. Kitchen | FIRST AND FINAL DIVIDEND FOR CLAIM NO. 2P PER COURT ORDER DATED 09/07/2011 | 5300-000 | | 3,467.50 | 4,435.08 |
| 09/22/11 | 114 | ILLINOIS DEPT. OF REVENUE | FIRST AND FINAL DIVIDEND FOR PRIORITY CLAIM PER COURT ORDER DATED 09/07/2011 | 5800-000 | | 340.00 | 4,095.08 |

Subtotals : $29,336.94   $25,241.86

{} Asset reference(s)

Printed: 01/13/2012 02:01 PM   V.12.57

## Form 2

Page: 5

### Cash Receipts And Disbursements Record

**Case Number:** 08-18719  
**Case Name:** THE KELLER COLLECTION, INC.

**Taxpayer ID #:** **-***7677  
**Period Ending:** 01/13/12

**Trustee:** KAREN R. GOODMAN (520191)  
**Bank Name:** The Bank of New York Mellon  
**Account:** 9200-******91-66 - Checking Account  
**Blanket Bond:** $61,494,000.00 (per case limit)  
**Separate Bond:** N/A

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| | | | Voided on 10/03/11 | | | | |
| 09/22/11 | 115 | INTERNAL REVENUE SERVICE | FIRST AND FINAL DIVIDEND FOR PRIORITY CLAIM PER COURT ORDER DATED 09/07/2011 | 5800-000 | | 40.00 | 4,055.08 |
| 09/22/11 | 116 | INTERNAL REVENUE SERVICE | FIRST AND FINAL DIVIDEND FOR PRIORITY CLAIM PER COURT ORDER DATED 09/07/2011<br>Voided on 10/03/11 | 5800-000 | | 72.50 | 3,982.58 |
| 09/22/11 | 117 | INTERNAL REVENUE SERVICE | FIRST AND FINAL DIVIDEND FOR PRIORITY CLAIM PER COURT ORDER DATED 09/07/2011<br>Voided on 10/03/11 | 5800-000 | | 310.00 | 3,672.58 |
| 09/22/11 | 118 | LFR Interiors | FIRST AND FINAL DIVIDEND FOR CLAIM NO. 3 PER COURT ORDER DATED 09/07/2011 | 5600-000 | | 511.48 | 3,161.10 |
| 09/22/11 | 119 | HRE Designs | FIRST AND FINAL DIVIDEND FOR CLAIM NO. 11 PER COURT ORDER DATED 09/07/2011 | 5600-000 | | 910.94 | 2,250.16 |
| 09/22/11 | 120 | Taradash Smith | FIRST AND FINAL DIVIDEND FOR CLAIM NO. 23 PER COURT ORDER DATED 09/07/2011 | 5600-000 | | 708.49 | 1,541.67 |
| 09/22/11 | 121 | Debra Jarrett Architecture & Design | FIRST AND FINAL DIVIDEND FOR CLAIM NO. 26 PER COURT ORDER DATED 09/07/2011 | 5600-000 | | 1,541.67 | 0.00 |
| 10/03/11 | 110 | INTERNAL REVENUE SERVICE | FIRST AND FINAL DIVIDEND FOR PRIORITY CLIAM PER COURT ORDER DATED 09/07/2011<br>Voided: check issued on 09/22/11 | 5300-000 | | -72.50 | 72.50 |
| 10/03/11 | 111 | INTERNAL REVENUE SERVICE | FIRST AND FINAL DIVIDEND FOR PRIORITY CLAIM PER COURT ORDER DATED 09/07/2011<br>Voided: check issued on 09/22/11 | 5300-000 | | -210.00 | 282.50 |
| 10/03/11 | 112 | INTERNAL REVENUE SERVICE | FIRST AND FINAL DIVIDEND FOR PRIORITY CLAIM PER COURT ORDER DATED 09/07/2011<br>Voided: check issued on 09/22/11 | 5300-000 | | -1,000.00 | 1,282.50 |
| 10/03/11 | 114 | ILLINOIS DEPT. OF REVENUE | FIRST AND FINAL DIVIDEND FOR PRIORITY CLAIM PER COURT ORDER DATED 09/07/2011<br>Voided: check issued on 09/22/11 | 5800-000 | | -340.00 | 1,622.50 |

Subtotals : $0.00  $2,472.58

{} Asset reference(s)

Exhibit 9

# Form 2

Page: 6

## Cash Receipts And Disbursements Record

| Case Number: | 08-18719 | | Trustee: | KAREN R. GOODMAN (520191) |
|---|---|---|---|---|
| Case Name: | THE KELLER COLLECTION, INC. | | Bank Name: | The Bank of New York Mellon |
| | | | Account: | 9200-******91-66 - Checking Account |
| Taxpayer ID #: | **-***7677 | | Blanket Bond: | $61,494,000.00 (per case limit) |
| Period Ending: | 01/13/12 | | Separate Bond: | N/A |

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 10/03/11 | 116 | INTERNAL REVENUE SERVICE | FIRST AND FINAL DIVIDEND FOR PRIORITY CLAIM PER COURT ORDER DATED 09/07/2011<br>Voided: check issued on 09/22/11 | 5800-000 | | -72.50 | 1,695.00 |
| 10/03/11 | 117 | INTERNAL REVENUE SERVICE | FIRST AND FINAL DIVIDEND FOR PRIORITY CLAIM PER COURT ORDER DATED 09/07/2011<br>Voided: check issued on 09/22/11 | 5800-000 | | -310.00 | 2,005.00 |
| 10/03/11 | 122 | United States Treasury | 36-3597677, 941, QTR 3 | 5300-000 | | 1,665.00 | 340.00 |
| 10/03/11 | 123 | DIRECTOR OF EMPLOYMENT SECURITY | ID No. 36-3597677 | 5800-000 | | 340.00 | 0.00 |
| | | | ACCOUNT TOTALS | | 29,336.94 | 29,336.94 | $0.00 |
| | | | Less: Bank Transfers | | 29,336.94 | 0.00 | |
| | | | Subtotal | | 0.00 | 29,336.94 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | NET Receipts / Disbursements | | $0.00 | $29,336.94 | |

| TOTAL - ALL ACCOUNTS | Net Receipts | Net Disbursements | Account Balances |
|---|---|---|---|
| MMA # ***-*****91-65 | 20,676.21 | 21.10 | 0.00 |
| MMA # 9200-******91-65 | 8,707.66 | 25.83 | 0.00 |
| Checking # 9200-******91-66 | 0.00 | 29,336.94 | 0.00 |
| | $29,383.87 | $29,383.87 | $0.00 |

{} Asset reference(s)

Printed: 01/13/2012 02:01 PM    V.12.57